244 P.2d 741]

[Civ. No. 18715.   Second Dist., Div. One.   May 26, 1952.]

SAM RAIS, Appellant, v. THORNBURGH CONSTRUC-
TION COMPANY (a Corporation) et al., Respondents.

· John W. Preston and John W. Preston, Jr., for Appellant.

Aaron Levinson and Albert E. Marks for Respondents.

HANSON, J. pro tem.—This is an appeal by Sam Rais,
who as a minority stockholder of the Thornburgh Construc-
tion Company, sought in behalf of the corporation and was
denied an accounting by Thornburg, his wife, and Thorn-
burg's bookkeeper, who was also a director of the corpora-
tion.

The case before us is a companion case to the basic case
No. 18716, *Thornburgh Construction Co.*, a corporation, v.
*College Heights Dev.*, this day decided, *ante*, p. 295 [244
P.2d 735].   The facts of the case are sufficiently recited in
the basic case and hence need not here be repeated.   In view
of the conclusions we have arrived at in the basic case it is
self-evident that the judgment in this case must as in the
basic case be reversed.

White, P. J., and Doran, J., concurred.

A petition for a rehearing was denied June 16, 1952, and
respondents' petition for a hearing by the Supreme Court was
denied July 24, 1952.   Schauer, J., was of the opinion that
the petition should be granted.